The judgment is affirmed pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Eddie JOHNSON, Appellant.

No. 66260.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 5, 1996.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and SIMON, JJ.

*ORDER*

PER CURIAM.

Defendant Eddie Johnson appeals the judgment entered upon his convictions by a jury for felony stealing, § 570.030, and for tampering in the first degree, § 569.080. The trial court sentenced defendant as a prior offender to two consecutive five year terms of imprisonment. He further appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. These appeals have been consolidated for review pursuant to Rule 29.15(l). We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).